In re FAIRFIELD. (Supreme Court, Appellate Division, First Department. February 21, 1908.) In the matter of Samuel E. Fairfield. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FALIHEE v. JOHN SIMMONS CO. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by John J. Falihee against the John Simmons Company. No opinion. Motion denied, with $10 costs. Order filed.

In re FARRELL. FARRELL et al., Appellants, v. FARRELL, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) In the matter of the judicial settlement of the account of William J. Farrell, as executor, etc., of Leocadie Llado Farrell, so far as the same relates to the account of said Leocadie Farrell, formerly Leocadie Llado, as executrix of the estate of Francisco Llado, deceased. Proceeding by Francisco L. Farrell and others against William J. Farrell, as executor, etc. No opinion. Motion granted, unless the appellants perfect their appeal in time to place the case upon the next calendar of this court and be ready for argument when the cause is reached, in which event the motion is denied, without costs.

FARRELLY, Respondent., v. SCHAETTLER, Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Appeal from Special Term. Action by Stephen Farrelly, as ancillary receiver, etc., against Caroline A. Schaettler, as executrix, etc. From an order allowing plaintiff to amend summons and complaint, defendant appeals. Order modified, as directed in opinion, and, as so modified, affirmed. See 121 App. Div. 678, 106 N. Y. Supp. 445. F. R. Minrath, for appellant. Frederic J. Swift, for respondent.

PER CURIAM. The order should be modified, so as to allow the defendant costs of the action to the date of the amendment, except costs before trial, as a condition for the allowance of the amendment applied for, and, as so modified, affirmed, with $10 costs and disbursements to the appellant.

FASSETT, Respondent, v. DURYEA, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Eugene K. Fassett against Charles H. Duryea, impleaded. W. L. Bunnell, for appellant. F. E. Fishel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FELL v. BERRY. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by E. Lawrence Fell, as president, etc., against George L. Berry, as president, etc. No opinion. Stay vacated. Settle order on notice.

FINCK, Appellant, v. CROMWELL, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by John Finck against Oliver E. Cromwell. A.

I. Elkus, for appellant. F. E. Blackwell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FISCHEL, Appellant, v. FISCHEL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Jacob Fischel against Harry Fischel and another. H. M. Flatman, for appellant. J. A. Seidman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 121 App. Div. 868, 106 N. Y. Supp. 815.

FISCHER, Appellant, v. NEW YORK CENT. & H. R. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Mary Fischer, administratrix, etc., of Charles J. Fischer, deceased, against the New York Central & Hudson River Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

FORTUNE v. HALL. (Supreme Court, Appellate Division, Third Department. January 8, 1908.) Action by Gabriel Fortune, by Mary Fortune, as guardian ad litem, against William H. Hall. No opinion. Motion denied.

FOX, Appellant, v. HIGGINS, Respondent. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Edward Fox, as administrator, against Francis Higgins. L. O. Van Doren, for appellant. J. Donovan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FOX v. SMITH. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Charles D. Fox against Bessie F. Smith. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice.

FREUND, Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by John C. Freund against the Musical Courier Company. A. F. Seligsberg, for appellant. J. J. O'Connell, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. Order filed.

FRIEDMAN et al. v. ENDER et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by John Friedman and another against John Ender and others. No opinion. Appeal dismissed, without costs.

FRIEDMAN, Respondent, v. MARYLAND CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by Andrew Friedman against the Maryland Casualty Company. E. W. Hatch, for appellant. S. Untermyer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.